IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WU,

      Petitioner,                    No. CIV S-09-2490 EFB P

   vs.

CMF WARDEN,

      Respondent.            ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel in a supplemental filing requesting an evidentiary hearing. Dckt. No. 27.

      There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

      As to petitioner's supplemental request for an evidentiary hearing, the court informs petitioner that it will rule on the motion for evidentiary hearing filed on April 28, 2010 in due course.

1

1    Accordingly, it hereby is ORDERED that petitioner's June 3, 2010 motion for
2 appointment of counsel is denied without prejudice.
3 DATED: June 16, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE