IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WU,

    Petitioner,                                         No. CIV S-09-2490 EFB P

    vs.

CMF WARDEN,                                     <u>ORDER</u>

    Respondent.

_____/

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 30, 2010, the court ordered petitioner to file an amended petition after finding that the original petition was not amenable to review. Dckt. No. 29. In response to the order, petitioner has submitted two amended petitions that again fail to comply with Rule 8 of the Federal Rules of Civil Procedure, but instead consist of dozens of pages of hodge-podge. Dckt. Nos. 36 & 37. Peppered throughout the amended petitions are allegations which may be cognizable, and the court is therefore disinclined to dismiss the case outright despite petitioner's failure to comply with the order of June 30, 2010. Accordingly, the court has determined that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court is directed to serve a copy of the amended petitions appearing at Docket Nos. 36 and 37 and this order on David Porter, Assistant Federal Defender.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. Within 90 days of the date of this order, petitioner's counsel shall file an amended petition complying with the court's order dated June 30, 2010 or other appropriate motion.

DATED: December 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2