IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WU,

    Petitioner,                                        No. CIV S-09-2490 EFB P

    vs.

CMF WARDEN,                                      <u>ORDER</u>

    Respondents.

    The Office of the Federal Defender, having been appointed as counsel for petitioner in this action, has filed a motion with the court to substitute Marylou Hillberg as petitioner's counsel. Dckt. No. 45. Petitioner's current counsel informs that Ms. Hillberg is aware of outstanding deadlines in the case and has agreed to the representation.

    Accordingly, IT IS HEREBY ORDERED that Marylou Hillberg, Esq., Attorney at Law, P.O. Box 1879, Sebastopol, CA, 95473, telephone (707)575-0393 shall be substituted in as appointed counsel for petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 5, 2011.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE