IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WU,

    Petitioner,             No. CIV S-09-2490 EFB P

    vs.

CMF WARDEN,

    Respondent.             ORDER

_____/

    Petitioner has submitted a "Motion for Review," asking the court to review a previously-submitted pro se motion. Dckt. No. 48. By orders dated December 8, 2010 and January 5, 2011, the court appointed counsel to represent petitioner. As petitioner is now represented by counsel, the court will deny petitioner's pro se motion without prejudice to any renewal by counsel.

    Accordingly, IT IS HEREBY ORDERED that petitioner's "Motion for Review" filed January 26, 2011 is denied.

Dated: February 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE