IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WU,

      Petitioner,                      No. CIV S-09-2490 EFB P

      vs.

CMF WARDEN,

      Respondent.                 <u>ORDER</u>

                               /

      On March 9, 2011, the court dismissed the instant petition for writ of habeas corpus, finding that, despite having been provided numerous opportunities to amend, petitioner's amended petitions and other miscellaneous briefs were unreasonably long and comprised of incomprehensible rambling and unexplained documents with inscrutable notations in the margins. Dckt. Nos. 55, 56. Because the court could not review the pleadings filed by petitioner, the petition was dismissed without further leave to amend for failure to comply with Federal Rule of Civil Procedure 8(a) and Rule 2(c) of the Rules Governing § 2254 Cases in the U.S. District Courts. Dckt. No. 55 at 5-6.

      Notwithstanding that judgment closing this case, petitioner has continued to file voluminous and inscrutable briefs with the court. On March 28, 2011, March 30, 2011, and April 7, 2011, petitioner filed documents whose captions indicate that petitioner wishes the court

to reconsider his case and the court's decision not to issue a certificate of appealability. Dckt. Nos. 58, 59, 63. On April 12, 2011, petitioner filed a renewed request for an evidentiary hearing, and on April 21, 2011, petitioner filed a motion for access to the law library. Dckt. Nos. 64, 65.

Petitioner's filings continue to defy court review. The court finds no grounds for reconsideration of its order dismissing the petition and declining to issue a certificate of appealability. As petitioner's case is now closed, further motions not specifically authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure should not be filed and will not be considered by the court.

Accordingly, it is hereby ORDERED that:

1. Petitioner's motions filed March 28, 2011, March 30, 2011, April 7, 2011, April 12, 2011, and April 21, 2011 and appearing at Docket Nos. 58, 59, 63, 64, and 65 are denied.

2. The Clerk is directed to serve a copy of this order on the U.S. Court of Appeals for the Ninth Circuit.

Dated: April 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE